No. 1024. ELMYR A. LAUGHLIN ET AL. *v.* BURRY RAILWAY SUPPLY COMPANY ET AL. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Joshua R. H. Potts* and *Mr. Brayton G. Richards* for petitioners. *Mr. George L. Wilkinson* for respondents.

No. 1025. GEORGE W. REED ET AL., TRUSTEES, *v.* FEDERAL FINANCE CORPORATION. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. George W. Reed* for petitioners. *Mr. Alexander Britton* for respondent.

No. 1027. CHICAGO PNEUMATIC TOOL COMPANY *v.* WILLIAM H. KELLER, INC., ETC. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John W. Davis* and *Mr. Samuel E. Hibben* for petitioner. *Mr. Edward S. Rogers, Mr. George T. Buckingham* and *Mr. Marquis Eaton* for respondent.

No. 1035. RUDOLPH DE MARCO *v.* UNITED STATES. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Moe Levy* and *Mr. Henry Bowden* for petitioner. No brief filed for the United States.

No. 1046. HERMAN WOLFF ET AL., EXECUTORS, ETC., *v.* JOHN G. WILLIAMS. June 9, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Hugh W. Ogden* and *Mr. Hollis R. Bailey* for petitioners. *Mr. Mark W. Horblit* for respondent.